# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF INTENT TO PAY CLAIMS

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

IN RE:  GARY WILLIAM KIMMERLE
        BERNARDINA CORTES KIMMERLE
        16176 REGENCY RANCH RD.
        RIVERSIDE, CA 92504

IN THE MATTER OF:
GARY WILLIAM KIMMERLE
16176 REGENCY RANCH RD.
RIVERSIDE, CA  92504

DATE: 9/28/2011
Case No. 6:11-bk-24250-MJ

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CRED CLASS | TRUSTEE CLAIM# |
|---|---|---|---|---|---|---|
| 07 | FIA CARD SERVICES, N | $10,555.00 | $10,904.22 | 7709/4476 | U | 1 |
|  | CAPITAL ONE, N.A. | $2,194.00 | NOT FILED | 7145 | U | 2 |
| 14 | CHASE BANK | $5,404.00 | $6,087.91 | 0645 | U | 3 |
| 12 | CHASE BANK | $4,896.00 | $5,618.62 | 1683 | U | 4 |
| 13 | CHASE BANK | $2,820.00 | $3,330.16 | 0871 | U | 5 |
|  | Citibank Usa | $253.00 | NOT FILED | 0492 | U | 6 |
| 01 | DISCOVER BANK | $9,981.00 | $9,981.20 | 4738 | U | 7 |
| 06 | GE MONEY BANK | $1,947.00 | $1,858.48 | 1904 | U | 8 |
|  | GMC COLLECTIONS | $600.00 | NOT FILED | 6685 | U | 9 |
| 09 | HSBC BANK NEVADA NA | $72.00 | $300.62 | 3968 | U | 10 |
| 08 | CAPITAL ONE, NA | $473.00 | $641.30 | 7163 | U | 11 |
| 03 | DEPARTMENT STORES NA | $837.00 | $733.40 | 6458 | U | 12 |
|  | National Student Loa | $10,068.00 | NOT FILED | 9223 | U | 13 |
| 02 | NORDSTROM FSB | $447.00 | $561.72 | 0524 | U | 14 |
| 11 | US BANK | $20,539.00 | $23,903.27 | 3207 | U | 15 |
| 04 | WELLS FARGO FINANCIA | $7,313.00 | $8,044.57 | 169177493 | U | 16 |
| 10 | ECMC | $12,750.00 | $15,043.01 | 4931 | U | 17 |
| 05 | AMERICREDIT FINANCIA | $15,204.00 | PAID OUTSIDE | 0441/605477 | S | 18 |
|  | BAC HOME LOANS SERVI | $525,108.00 | PAID OUTSIDE | 155675382 | S | 19 |
|  | ORANGE COUNTYS CR UN | $12,728.00 | PAID OUTSIDE | 7249230800 | S | 20 |
| 17 | FRANCHISE TAX BOARD | $1,912.00 | $1,912.00 | 4931/1407 | P | 21 |
| 15 | INTERNAL REVENUE SER | $2,377.00 | $2,388.75 | 1407 | P | 22 |
| 16 | CAPITAL ONE, N.A. | NOT SCHEDULED | $145.83 | 0852 | U | 23 |
| 17 | FRANCHISE TAX BOARD | NOT SCHEDULED | $105.31 | 4931/1407 | U | 10021 |
| 15 | INTERNAL REVENUE SER | NOT SCHEDULED | $23.77 | 1407 | U | 10022 |

IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY.  THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "PAID OUTSIDE" OR "NOTICE ONLY."

/s/
Rod Danielson, Chapter 13 Trustee

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:11-bk-24250-MJ**

### DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

Dated:  9/28/2011

/s/
PAULETTE ROSELI

### PROOF OF SERVICE

I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

Executed on 9/28/2011 at Riverside, California.

/s/
PAULETTE ROSELI

GARY WILLIAM KIMMERLE
16176 REGENCY RANCH RD.
RIVERSIDE, CA  92504

DOAN LAW FIRM LLP
635 CAMINO DE LOS MARES
SUITE 100
SAN CLEMENTE, CA  92672